# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Case Number: _____

Luis Francisco-Juan # 72630-379
(Write the full name of the plaintiff)

vs.

Jane Doe 1, et al.
Palm Beach County
Sheriff's office

FILED BY KSA D.C.

OCT 03 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

**A.** Plaintiff: Luis Francisco-Juan

Address: FCI Victorville PO Box 3850, Adelanto, CA 92301

Inmate/Prison No.: 72630-379

Year of Birth: 1981 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Jane Doe 1        Defendant: Palm Beach Sheriffs Dept.

Official Position: Lieutenant        Official Position: County Jail/Dept

Place of Employment: Palm Beach Co.        Place of Employment: 3228 gun club rd,
Sheriffs Dept.        West Palm Beach 33406

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

SCANNED

**II. Statement of Claim**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

Please See Attached Pages

**III. Relief Requested**

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Please See Attached Pages

**IV. Jury Demand**

Are you demanding a jury trial? ✓ Yes ____ No

Signed this 27th day of September, 20 25

_Luis Francxorben_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 9/27/202

_Luis Francxto Quan_
Signature of Plaintiff

## II. STATEMENT OF CLAIM

Plaintiff was housed at the Detention Center located at the Sheriff's Headquarters Complex on Gun Club Road in West Palm Beach, Florida at 3228 Gun Club Road, West Palm Beach, FL 33406-3001. The Detention Center has the greatest security capabilities and is used to house high-risk inmates, federal inmates, inmates who are in need of special medical and/or mental health care and also those inmates who cannot function at any other facility.

On 3/26/22, JANE DOE 1 (a female lieutenant) placed me in the cell with the assailant inmate. The second day, Plaintiff requested JOHN DOE 1 to be moved to a different cell but Plaintiff was ignored and told that because of COVID-19, and because no staff wanted to get near any inmate or prisoner. Not until Plaintiff went to Court is when Plaintiff had the opportunity to inform a United States Marshal by the name of Chavez. After Plaintiff informed USM of Plaintiff's sexual assault, Plaintiff was seen by Doctors and Psychologists. The Doctor and Psychologist prescribed Plaintiff with medications to sleep. The video surveillance and ledgers to those dates will clearly show what happened on those days.

While housed there, Plaintiff was sexually assaulted. Plaintiff states that the facility has all the records surrounding the sexual assault incident. English is not Plaintiff's native language. Plaintiff states that the aggressor against Plaintiff was convicted of the incident. Plaintiff respectfully requests an Order directing Detention Center located at Inmate Records Div. Mgr. Juna Thomas the Sheriff's Headquarters Complex on Gun Club Road to produce all documents pertaining to Plaintiff. Plaintiff's request for production of documents is pursuant to:

**Federal Rules of Civil Procedure,**

> Rule 26. Duty to Disclose; General Provisions Governing Discovery

Petitioner submits that Federal Officer/Marshal Chavez is aware of the situation.


**DEFENDANT** Sheriff SHERIFF Ric L. Bradshaw

**DEFENDANT** Chief Deputy CHIEF DEPUTY Robert Allen

**DEFENDANT** Department of Corrections Operations Colonel Alfonso Starling

**DEFENDANT** Corrections Ops Major Michael Devoter

**DEFENDANT** Inmate Management Capt. Kimberly Kinsey

**DEFENDANT** Corrections Security Major Darlyn Morris

**DEFENDANT** Main Detention Center Capt. William Pinto ------ **DEFENDANT** Capt. Bronislaw Nadolna

**DEFENDANT** West Detention Center Capt. William Kinsey ------- **DEFENDANT** Capt. Eliecer Ramos

All the above DEFENDANTS'S place of employment is at the Detention Center located at the Sheriff's Headquarters Complex on Gun Club Road in West Palm Beach, Florida at 3228 Gun Club Road, West Palm Beach, FL 33406-3001. # 561688-3000

## III. RELIEF REQUESTED

After review of all the evidence issue an Order reflecting that Plaintiff is entitled as follows:

- A Response from JANE DOE 1;
- A response from all the above listed Defendants denying or admitting their participation in the Sexual Assault on Plaintiff; or
- A trial; or

## CONTINUANCE of RELIEF REQUESTED

- Plaintiff is entitled to Compensatory Damages;
- Plaintiff is entitled to punitive Damages;
- Plaintiff is entitled to exemplary Damages;
- Plaintiff is entitled to damages for pain and suffering;
- Plaintiff is entitled to General Damages.

## CERTIFICATE OF SERVICE

I, **LUIS FRANCISCO-JUAN,** Reg. No. 72630-379, hereby certify that I have served a true and correct copy of:

**COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC SECTION 1983**

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 (1988), a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

**Clerk's Office, United States District Court, Southern District of Florida, 400 North Miami Avenue, 8N09, Miami, FL 33128-7716;**

**and**

**DEFENDANT SHERIFF Ric L. Bradshaw Detention Center located at the Sheriff's Headquarters Complex on Gun Club Road in West Palm Beach, Florida at 3228 Gun Club Road, West Palm Beach, FL 33406-3001**

with prison officials here at:

**FCI Victorville Medium II**
**FEDERAL CORRECTIONAL INSTITUTION**
**PO BOX 3850**
**ADELANTO, CA   92301**

Pursuant to Title 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: September 27, 2025                    Sign Name: _Luis Francisco-Juan_

**LUIS FRANCISCO-JUAN,**
Reg. No. 72630-379
FCI Victorville Medium II
FEDERAL CORRECTIONAL
INSTITUTION
PO BOX 3850
ADELANTO, CA   92301

# INSTRUCTIONS FOR FILING A
# COMPLAINT UNDER THE CIVIL RIGHTS ACT
# 42 U.S.C., SECTION 1983

This packet includes two forms:

(1)      Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983

(2)      Application to Proceed Without Prepayment of Fees or Costs

To start an action you must file:

- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $402.00 or an Application to Proceed Without Prepayment of Fees/Cost

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

us Frances Olud
Reg No. 72630-379
Victorville Medium II
Federal Correctional Institution
PO Box 3850
Adelanto, CA 92301

REC'D BY_____ D.C.

OCT 07 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk's Office
United States District Court
Southern District of Florida
400 North ~~Ave~~ Miami Ave, 8N09
Miami, FL 33128-7716

33128$7716 C071